KELLIE M. MURPHY, ESQ. (SBN 189500)
kellie@jsl-law.com
JOHNSON SCHACHTER & LEWIS
A Professional Law Corporation
Harvard Square
2180 Harvard Street, Suite 560
Sacramento, CA 95815
Telephone: (916) 921-5800
Facsimile: (916) 921-0247

Attorneys for DEFENDANTS:
VISALIA UNIFIED SCHOOL DISTRICT, IRENE DAVIS (erroneously sued as Irene DelCid), JATHOR SEE, SHANNON TAYLOR and DEDI SOMAVIA (erroneously sued as Dede Somavia)

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHRIS LANDIN and CARMEN LANDIN, <br><br> Plaintiffs, <br><br> v. <br><br> VISALIA UNIFIED SCHOOL DISTRICT; IRENE DELCID; JATHOR SEE; SHANNON TAYLOR; and DEDE SOMAVIA, <br><br> Defendants. | CASE NO. 1:18-cv-00380-DAD-SKO <br><br> **STIPULATION EXTENDING DEADLINE FOR DEFENDANTS TO FILE RESPONSIVE PLEADINGS PURSUANT TO LOCAL RULE 144(a)** <br><br> Complaint Filed: March 21, 2018 <br> Trial Date: None Set |

The parties to this action, by and through their attorneys of record, hereby stipulate and agree as follows:

1. The present deadline for Defendants Visalia Unified School District, Irene Davis (erroneously sued as Irene DelCid), Jathor See, Shannon Taylor, and Dedi Somavia (erroneously sued as Dede Somavia) (hereinafter collectively "Defendants") to respond to Plaintiffs' Complaint is May 29, 2018.

2. Counsel for Defendants has informed counsel for Plaintiffs of Defendants' intent to file a Special Motion to Strike (anti-SLAPP) and a Motion to Dismiss. Counsel for Plaintiffs and Counsel for Defendants are in the process of meeting and conferring on the various issues

involved in these motions, but have not been able to "discuss thoroughly the substance of the contemplated motion[s] and any potential resolution," as is required by Judge Dale A. Drozd's Standing Order, due to schedule conflicts.

    3.    The parties agree that Defendants shall have until June 22, 2018 to respond to Plaintiffs' Complaint, including through the filing of the above mentioned motions, or otherwise.

IT IS SO STIPULATED.

Dated:  May 25, 2018

JOHNSON SCHACHTER & LEWIS
A Professional Law Corporation

By: /s/ Kellie M. Murphy
    KELLIE M. MURPHY
Attorney for Defendants VISALIA UNIFIED SCHOOL DISTRICT, IRENE DAVIS, JATHOR SEE, SHANNON TAYLOR and DEDI SOMAVIA

Dated:  May 25, 2018

CORNWELL & SAMPLE

By: /s/ Stephen R. Cornwell as authorized on 5/25/18
    STEPHEN R. CORNWELL
Attorney for Plaintiffs CHRIS LANDIN and CARMIN LANDIN

JOHNSON SCHACHTER & LEWIS
A PROFESSIONAL LAW CORPORATION
2180 HARVARD STREET, SUITE 560
SACRAMENTO, CA 95815
TELEPHONE: (916) 921-5800 / FACSIMILE: (916) 921-0247

2
STIPULATION EXTENDING DEADLINE FOR DEFENDANTS TO
FILE RESPONSIVE PLEADINGS PURSUANT TO LOCAL RULE 144(a)